IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–00980–REB–KMT

DJS ONE, INC., a Colorado corporation,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for COMMUNITY BANKS OF COLORADO,

    Defendant.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion for Stipulated Protective Order" (Doc. No. 25, filed Aug. 11, 2014) is DENIED without prejudice. The parties are granted leave to submit a motion for protective order and revised form of protective order consistent with the comments contained herein.

The court cannot accept Paragraph 15 of the proposed Protective Order, which provides that documents filed with the court that have been designated shall be "placed in sealed envelopes or other appropriate containers on which shall be endorsed the caption of the case, the label "CONFIDENTIAL INFORMATION" or similar wording . . . ." (Doc. No. 25-1 ¶ 15.) It is not appropriate to file documents designated as "Confidential" conventionally. Instead, such documents must be filed electronically and, if necessary, under restriction. *See* Dist. of Colo. ECF Civ. Procedures § V.5.1. The parties are also advised that any documents filed with the court under restriction must be accompanied or followed by a motion to restrict that fully addresses the factors outlined in D.C.COLO.LCivR 7.2. "A stipulated protective order with regards to discovery, alone, [is] insufficient to justify restriction." D.C.COLO.LCivR 7.2(c)(2).

Dated: August 18, 2014