IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14–cv–00980–REB–KMT

DJS ONE, INC., a Colorado corporation,

      Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for COMMUNITY BANKS OF COLORADO,

      Defendant.

___

**ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

**Magistrate Judge Kathleen M. Tafoya**

      This matter comes before the court on the parties' "Joint Motion for Order Vacating Scheduling Order, Trial Preparation Conference Order and Trial Date, and to Set Status Conference." (Doc. No. 32, filed Dec. 23, 2014.) On December 31, 2014, the court issued a Recommendation that Defendant FDIC's Motion to Dismiss be GRANTED and that this action be dismissed for lack of subject matter jurisdiction. (Doc. No. 36.) Based on that Recommendation, it is

      ORDERED that the Joint Motion (Doc. No. 32) is GRANTED in part. All outstanding deadlines established in the Scheduling Order are VACATED pending ruling on the Recommendation. In the event that District Judge Blackburn rejects the Recommendation and denies Defendant's Motion to Dismiss, the parties shall file a Status Report within seven (7) days

of Judge Blackburn's order regarding the Recommendation advising whether the Scheduling Order deadlines should be reset.  The court further

RECOMMENDS that District Judge Blackburn vacate the Final Pretrial/Trial Prep set for May 29, 2015 and the Bench Trial set for June 8, 2015 based on this court's Recommendation that this action be dismissed for lack of subject-matter jurisdiction.

Dated this 5th day of January, 2015.

BY THE COURT:

*[signature]*

Kathleen M. Tafoya
United States Magistrate Judge