# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00980-REB-KMT

DJS ONE, INC., a Colorado corporation

    Plaintiff

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for COMMUNITY BANKS OF COLORADO

    Defendant

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Adopting Recommendation of United States Magistrate Judge** [#41] of Judge Robert E. Blackburn entered on March 11, 2015. It is

ORDERED that judgment is entered in favor of the defendant, Federal Deposit Insurance Corporation, as Receiver for Community Banks of Colorado, against the plaintiff, DJS One, Inc., a Colorado corporation and defendant is **AWARDED** its costs, to be taxed by the clerk of the court in the time and manner specified by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 11th day of March, 2015.

                                              FOR THE COURT:
                                              JEFFREY P. COLWELL, CLERK

By:  s/   A. Lowe
A. Lowe
Deputy Clerk